# United States District Court
## Violation Notice

(Rev. 1-2023)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| INSA | E 1603377 | ROSA | 5736 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 02/10/2026 1:00AM | 1.218(B)(18) |

Place of Offense
EMERGENCY DEPT
5000 S. 5TH AVE, HINES IL

Offense Description: Factual Basis for Charge   HAZMAT ☐
UNAUTHORIZED INTRODUCTION ON VA
CONTROLLED PROPERTY OF NARCOTIC DRUG

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| KRAKOWSKI | WILLIAM | J. |

Tag No. / State / Year / Make/Model / PASS / Color

### APPEARANCE IS REQUIRED

A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 500 Forfeiture Amount
+ $30 Processing Fee
$ 530 Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

### YOUR COURT DATE

If no court appearance date is shown, you will be notified of your appearance date by mail.

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature   *unable to sign*

Original - CVB Copy

*E1603377*

CVB SCAN 02/24/2026 15:26

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on FEB 10, 20 26 while exercising my duties as a law enforcement officer in the Northern District of ILLINOIS while conducting a walkthrough the ED (Emergency Dept) I was approached by RN Katie Brapenthien and she stated that while conducting an inventory of patients property she asked Veteran Patient William Krakowski to empty his pants pockets and pulled out from his left front a clear plastic ziplock bag containing a green leafy substance suspected cannabis. I secured the contraband for evidence. Krakowski was cited for 38 CFR 1.218(B)(18) UNAUTHORIZED INTRODUCTION ON VA CONTROLLED PROPERTY OF ALCOHOL OR NARCOTIC DRUG. Due to citing Krakowski/Rojo his Miranda Waiver of Rights.

The foregoing statement is based upon:

☐ my personal observation   ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/10/2026   [signature] #5776
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 02/24/2026 15:26